## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **ANA MARIA BUSTIOS,** | |
| **Plaintiff,** | **CIVIL ACTION NO.** |
| **v.** | **1:25-cv-01504-SDG-RDC** |
| **EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION, LLC,** | |
| **Defendants.** | |

## NOTICE OF SETTLEMENT AS TO EQUIFAX ONLY

PLEASE TAKE NOTICE that Plaintiff Ana Maria Bustios and Defendant Equifax Information Services, LLC have reached a settlement to resolve Plaintiff's claims.

Plaintiff and Defendant anticipate that they will execute and perform a final settlement agreement within sixty (60) days of the date of this notice, at which time the parties will file a Stipulation for Dismissal. The parties request that all deadlines be set aside.

Dated: March 5, 2026


*/s/ Joseph P. McClelland*
Joseph P. McClelland
JOSEPH P. MCCLELLAND, LLC
Georgia Bar No: 483407
691 John Wesley Dobbs Avenue NE
Suite U-3
Atlanta, GA 30312
Telephone: (770) 775-0938
Fax: (470) 468-0070
Email: joseph@jacksonlaws.com

ATTORNEY FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2026, I filed a true and correct copy of the

foregoing Notice of Settlement with the Electronic Case Filing system of the court,

which will send a Notice of Electronic Filing to, and thereby effect service upon,

all parties through their counsel of record.

I additionally certify that the above-referenced document has been prepared

in Times New Roman (14 point) font and this satisfies the font size requirements

of this Court.


*/s/ Joseph P. McClelland*
Joseph P. McClelland