**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **ANA MARIA BUSTIOS,**<br><br>**Plaintiff,**<br><br>v.<br><br>**EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION, LLC,**<br><br>**Defendants.** | **CIVIL ACTION NO.**<br><br>**1:25-cv-01504-SDG-RDC** |

**STIPULATION TO DISMISS AS TO EQUIFAX ONLY**

Plaintiff Ana Maria Bustios and Defendant Equifax Information Services, LLC, by counsel, and through their respective signatures below, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to dismiss this case, with prejudice, both sides to bear their own fees and costs.

Dated: April 16, 2026

JOSEPH P. MCCLELLAND, LLC

*/s/ Joseph P. McClelland*
Joseph P. McClelland
JOSEPH P. MCCLELLAND, LLC
Georgia Bar No: 483407
691 John Wesley Dobbs Avenue NE
Suite U-3
Atlanta, GA 30312
Telephone: (770) 775-0938
joseph@jacksonlaws.com

ATTORNEY FOR PLAINTIFF

*/s/ Katherine McFarland Stein*
Katherine McFarland Stein
Ga. Bar No. 25442
Equifax Legal Department
Legal Counsel – Litigation
1550 Peachtree St. NW
Atlanta, GA 30309
404-885-8066
Email:  kate.stein@equifax.com

ATTORNEY FOR DEFENDANT
EQUIFAX INFORMATION SERVICES LLC

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2026, I filed a true and correct copy of the

foregoing Stipulation to Dismiss with the Electronic Case Filing system of the Court,

which will send a Notice of Electronic Filing to, and thereby effect service upon, all

parties through their counsel of record.

I additionally certify that the above-referenced document has been prepared in Times New Roman (14 point) font and this satisfies the font size requirements of this Court.

*/s/ Joseph P. McClelland*
Joseph P. McClelland